IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| DUSTIN MCALLISTER, and MICHELLE O'LAIRE, on behalf of themselves and all others similarly situated,<br>                Plaintiffs,<br><br>        vs.<br><br>CKS FINANCIAL, LLC, a Virginia limited liability company; WEBCOLLEX, LLC, Virginia limited liability company; and, JOHN AND JANE DOES NUMBERS 1 THROUGH 25,<br>                Defendants. | Case No.: 1:18-cv-00094-WCG |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Dustin McAllister and Michelle O'Laire, Plaintiffs, hereby stipulate to and give notice of dismissal of this action in its entirety, with prejudice as to themselves and without prejudice as to the rights of the unnamed putative class members, without further costs or disbursements by or against any party.

**IT IS SO STIPULATED** this 16th day of March 2018.

| | |
|---|---|
| *s/ Patrick D. Newman* | *s/ Andrew T. Thomasson* |
| Michael A. Klutho (WI # 1038353) | Philip D. Stern (NJ Bar # 045921984) |
| Patrick D. Newman (WI #1093942) | Andrew T. Thomasson (NJ Bar # 048362011) |
| BASSFORD REMELE, APC | STERN•THOMASSON LLP |
| 100 South Fifth Street, Suite 1500 | 150 Morris Avenue, 2nd Floor |
| Minneapolis, Minnesota 55402-3707 | Springfield, NJ 07081-1315 |
| Telephone: (612) 333-3000 | Telephone: (973) 379-7500 |
| Facsimile: (612) 333-8829 | Facsimile: (973) 532-5868 |
| Email: mklutho@bassford.com | E-Mail: philip@sternthomasson.com |
| Email: pnewman@bassford.com | E-Mail: andrew@sternthomasson.com |
| | |
| *Attorneys for Defendants, CKS Financial, LLC and Webcollex, LLC* | *Attorneys for Plaintiffs, Dustin McAllister and Michelle O'Laire* |